IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

United States of America

      Plaintiff,

vs.

Abby Rowell

      Defendant.

CASE NO. 8:17CR336

WRITTEN WAIVER OF PERSONAL
APPEARANCE AT ARRAIGNMENT
AND ORDER

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charges currently pending against her in this court.

(1)    The defendant affirms that she has received a copy of the superseding indictment;

(2)    The defendant understands that she has the right to appear personally before the Court for an arraignment on these charges, and voluntarily waives that right; and

(3)    The defendant pleads not guilty to all counts the indictment. superseding added for RMM 5/11/18

X _____
Abby Rowell

_____
Counsel for Defendant

ORDER

IT IS ORDERED that the defendant's waiver is hereby accepted, and her plea of not guilty is entered of record with the Clerk of Court.

DATED this ___11___ day of ___May___, 2018.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT